118 A.3d 383

**Randolph TORRE, Appellant**

v.

**COMMONWEALTH of Pennsylvania, Pennsylvania Board of Probation and Parole, Appellee.**

Supreme Court of Pennsylvania.

June 15, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 15th day of June, 2015, the Order of the Commonwealth Court is AFFIRMED.

118 A.3d 383

**Jeremy BANEY, Appellant**

v.

**CLERK OF COURT and Court Administrator of Clinton County, Appellees.**

**No. 114 MAP 2014.**

Supreme Court of Pennsylvania.

June 15, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 15th day of June, 2015, the order of the Commonwealth Court is **AFFIRMED.**